**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA SIMMONS,<br><br>      Plaintiff,<br><br>   v.<br><br>FLAGSTAR BANK, FSB,<br><br>      Defendant.<br>_____ | No. C 11-05106 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| FLAGSTAR BANK, FSB,<br><br>      Plaintiff,<br><br>   v.<br><br>JULIANNA SIMMONS,<br><br>      Defendant.<br>_____/ | No. C 11-05109 JSW |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned cases are referred to Judge Maxine M. Chesney to determine whether they are related to *Flagstar Bank, FSB v. Simmons*, Case No. 11-4390 MMC.

**IT IS SO ORDERED.**

Dated: November 8, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: MMC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA SIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>FLAGSTAR BANK, FSB et al,<br><br>    Defendant.                             / | Case Number: CV11-05106 JSW<br><br>**CERTIFICATE OF SERVICE** |
| FLAGSTAR BANK, FSB et al,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIANNA SIMMONS et al,<br><br>    Defendant.                             / | Case Number: CV11-05109 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julianna Simmons
1452 N. Vasco Road, #286
Livermore, CA 94551

Dated: November 8, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk