IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA SIMMONS,<br><br>    Petitioner,<br><br>  v.<br><br>FLAGSTAR BANK, FSB,<br><br>    Respondent.<br>_____/ | No. C-11-05106 MMC<br><br>**ORDER SETTING DECEMBER 19, 2011 DEADLINE FOR PLAINTIFF TO FILE ANY REPLY TO OPPOSITION TO PETITION** |

    Before the Court is Julianna Simmons' ("Simmons") "Petition for Depositions to Perpetuate Testimony Under F.R.C.P. Rule 27," filed October 18, 2011. Respondent Flagstar Bank, FSB ("Flagstar") has filed an opposition to the petition.

    If Simmons wishes to reply to Flagstar's opposition, she must file her reply no later than December 19, 2011. As of December 19, 2011, the Court will take the petition under submission.

    **IT IS SO ORDERED.**

Dated: December 6, 2011

                                            MAXINE M. CHESNEY
                                            United States District Judge