IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIANNA SIMMONS,

No. CV-11-05106 MMC

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

  v.

FLAGSTAR BANK, FSB,

        Respondent.

_____/

     **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

          **IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED.

Dated: December 27, 2011          Richard W. Wieking, Clerk

                               *Tracy Lucero*

                          By: Tracy Lucero
                          Deputy Clerk